# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRIME SCENTS LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>TERRIFIC DEAL, INC. and<br>WEETABIX LTD.,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:24-cv-02019-TAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Prime Scents LLC hereby voluntarily dismisses this action without prejudice.

Dated: April 18, 2024

Respectfully submitted,

TARTER KRINSKY & DROGIN LLP

By: *s/ Mark Berkowitz*
Mark Berkowitz
1350 Broadway
New York, NY 10018
Tel.:　(212) 216-8000
Fax:　(212) 216-8001
E-mail: mberkowitz@tarterkrinsky.com

***Attorneys for Plaintiff***